**The relief described hereinbelow is SO ORDERED.**

**Signed July 26, 2022.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALWAYS CARING HEALTH CARE | ) | Case No. 22-30120-HCM |
| SERVICES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES & EXPENSES OF MIRANDA & MALDONADO, P.C. AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §330(a)**

Came on this day to be considered the *First Interim Application for Allowance and Payment of Fees & Expenses of Miranda & Maldonado, P.C. as Counsel for the Estate Pursuant to 11 U.S.C. §330(a)* (the "*Application*") filed by *Applicant Miranda & Maldonado, P.C.*

After consideration of the pleadings and the arguments of Counsel, as well as the Court finding that notice was proper to the necessary parties, and no objections to the *Application* having been filed, this Court is of the opinion that the relief requested in the *Application* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the *Application* for compensation and reimbursement of expenses as set forth in the *First Interim Application for Allowance and Payment of Fees & Expenses of Miranda & Maldonado, P.C. as Counsel for the Estate Pursuant 11 U.S.C. §330(a)* (the "*Application*") is hereby approved in its entirety.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that *Miranda & Maldonado, P.C.* as Counsel for the Estate is awarded total fees in the amount of **$19,073.75** for the period beginning February 18, 2022 to June 18, 2022, and expenses in the total amount of **$130.74** for that same time period.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor is authorized to pay *Miranda & Maldonado, P.C.* the total amount of **$19,204.49**, and may apply the balance in Counsel's *Trust Account* of **$12,767** to fees awarded by this *Order*.

**###**

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**MIRANDA & MALDONADO, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

**Counsel for the Debtor**